DAVID CHIU, State Bar #189542
City Attorney
ROBB W. KAPLA, State Bar #238896
KATHY J. SHIN, State Bar #318185
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:      (415) 554-4757
E-Mail:          robb.kapla@sfcityatty.org
                     kathy.shin@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDLESTICK HEIGHTS COMMUNITY ALLIANCE, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation,<br><br>　　　　Defendant. | Case No. 3:23-cv-00082SK<br><br>**STIPULATION TO EXTEND TIME FOR ALTERNATIVE DISPUTE RESOLUTION AND FURTHER CASE MANAGEMENT CONFERENCE** |

# STIPULATION

Plaintiff Candlestick Heights Community Alliance and Defendant City and County of San Francisco ("City") through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 10, 2023, the Court held an Initial Case Management Conference and issued a Case Management and Pretrial Order setting the deadline to conduct alternative dispute resolution ("ADR") for July 10, 2023;

WHEREAS, the Court scheduled a Further Case Management Conference for July 24, 2023, with an Updated Case Management Statement due by July 17, 2023;

WHEREAS, on May 1, 2023, Magistrate Judge Alex G. Tse held a pre-settlement conference and informed the parties that the Court could not conduct a settlement conference in this matter until August 2023;

WHEREAS, pursuant to the parties' agreement, Judge Tse has reserved August 14, 2023 as the date for a settlement conference in this action, pending the Court's extension of the July 10, 2023 deadline to complete ADR;

WHEREAS, in the interests of judicial economy, the parties request that the Further Case Management Conference be continued to a date following the settlement conference on August 14, with the deadline for the Updated Case Management Statement extended to seven days prior to the continued conference date;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT the deadline to conduct alternative dispute resolution is extended to August 14, 2023, and the Further Case Management Conference is continued to a date following August 14, 2023 convenient for the Court, with the Updated Case Management Statement due seven days prior to the continued conference date.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  May 17, 2023 | CITY AND COUNTY OF SAN FRANCISCO |
| 2 | | |
| 3 | | By: */s/ Kathy J. Shin* |
| 4 | | DAVID CHIU (SBN 189542)<br>City Attorney<br>ROBB W. KAPLA (SBN 238896) |
| 5 | | KATHY J. SHIN (SBN 318185)<br>Deputy City Attorneys |
| 6 | | |
| 7 | Dated:  May 17, 2023 | CANDLESTICK HEIGHTS COMMUNITY ALLIANCE |
| 8 | | |
| 9 | | By: */s/ Lucas Williams* |
| 10 | | LUCAS WILLIAMS (SBN 264518)<br>Lexington Law Group |

**E-FILING ATTESTATION**

I, Kathy J. Shin, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Kathy J. Shin*
Kathy J. Shin

**[PROPOSED] ORDER**

Good cause appearing, the deadline to conduct alternative dispute resolution is extended to August 14, 2023, and the Further Case Management Conference is continued to a date following August 14, 2023 convenient for the Court, with the Updated Case Management Statement due seven days prior to the continued conference date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

HONORABLE SALLIE KIM
United States Magistrate Judge