UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDLESTICK HEIGHTS COMMUNITY ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 23-cv-00082-SK<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying order granting Defendant City and County of San Francisco's motion for judgment on the pleadings, judgment is entered in favor of Defendant City and County of San Francisco and against Plaintiff Candlestick Heights Community Alliance.

The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: December 21, 2023

_____
SALLIE KIM
United States Magistrate Judge